```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                            Reno, Nevada
```

THE SWATCH GROUP LES BOUTIQUES        2:10-cv-00923-HDM-PAL
(U.S.) INC.,
                                      MINUTE ORDER
            Plaintiff,
                                      July 29, 2010
      vs.

ALFONSO R. ARANA,

            Defendant.

_____/


PRESENT:
THE HONORABLE HOWARD D. MCKIBBEN, Senior U.S. District Judge

DEPUTY CLERK: EMILY GUST            REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):            NONE APPEARING

COUNSEL FOR DEFENDANT(S):            NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Plaintiff's filing of its first amended complaint has rendered the defendant's motion to strike (#7) moot. Accordingly, the defendant's motion to strike (#7) is denied as moot.

    It is so ordered.

                                  LANCE S. WILSON, CLERK


                              By:       /s/
                                     Deputy Clerk