# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SWATCH GROUP LES BOUTIQUES (U.S.) INC. <br><br> Plaintiff, <br><br> vs. <br><br> ALFONSO R. ARANA, <br><br> Defendant. | Case No. 2:10-cv-00923-HDM-PAL <br><br> **ORDER** |

The court conducted a hearing on the parties' proposed stipulated Discovery Plan and Scheduling Order (Dkt. #21) on September 21, 2010. Samuel Leavy appeared telephonically on behalf of the Plaintiff, and Alvin Gomez appeared telephonically on behalf of the Defendant.

This is a dispute over the purchase price of an expensive watch. Very limited discovery is needed to prepare this case for trial. Yet, the parties have requested a March 30, 2011 discovery cutoff. Both sides agree that only two (2) depositions are needed--the deposition of the Plaintiff, and the store manager involved in the sale of the watch. There are a few documents involved in the transaction and these have been produced. Neither side intends to designate an expert. Accordingly,

**IT IS ORDERED**:

1. The parties' proposed stipulated Discovery Plan and Scheduling Order (Dkt. #21) is **NOT APPROVED and is DENIED.**

2. Counsel shall have until October 29, 2010 to schedule and take the two (2) depositions needed.

3. The deadline for filing dispositive motions is **November 29, 2010.**

///

///

4. The deadline for filing the joint pretrial order is **December 30, 2010.** In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

5. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

Dated this 24th day of September, 2010.

_____
Peggy A. Leen
United States Magistrate Judge

2